# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K.N.N., et al.,<br><br>         Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>         Defendants. | Civil Action No. 23-2748 (APM) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Stephen DeGenaro as counsel of record for the Defendants in the above captioned case.

Dated: January 8, 2024

                                                                                    Respectfully submitted,

                                                                                      /s/ *Stephen DeGenaro*
                                                                                    STEPHEN DEGENARO
                                                                                    D.C. Bar #1047116
                                                                                    Assistant United States Attorney
                                                                                    601 D Street, NW
                                                                                    Washington, D.C. 20530
                                                                                    (202) 252-7229
                                                                                    Stephen.Degenaro@usdoj.gov

                                                                                    *Attorney for the United States of America*